IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLIE J. BARBER, II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:15-CV-954-WKW |
| | ) | |
| CELLCO PARTNERSHIP d/b/a, | ) | |
| VERIZON WIRELESS, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On April 20, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 15.)  Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1)    The Recommendation (Doc. # 15) is ADOPTED;

(2)    Defendant's Motion to Dismiss (Doc. # 10) is DENIED in part as to the arguments under Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(3);

(3)    Pursuant to 28 U.S.C. § 1404(a), this case is TRANSFERRED to the Northern District of Alabama, Northeastern Division; and

(4)    The remaining part of Defendant's Motion to Dismiss (Doc. # 10) shall remain pending for adjudication in the Northern District of Alabama.

Additionally, Plaintiff's Motion to Amend EEOC Complaint (Doc. # 16) shall remain pending for adjudication by the Northern District of Alabama.

DONE this 23rd day of May, 2016.

                                            /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE